**DOCUMENT DELETED.**

**DOCUMENT FILED IN ERROR.**