UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS ( WORCESTER)
CASE: 4:06-CV-40102-FDS

| | |
|---|---|
| TOMAS DESARO, | ) |
| Plaintiff, | ) |
| v. | ) |
| QUINSIGAMOND COMMUNITY COLLEGE; SHEILA SYKES, IN HER OFFICIAL CAPACITY AS INTERIM PRESIDENT QUINSIGAMOND COMMUNITY COLLEGE; LINDA LEFAVE, IN HER OFFICIAL CAPACITY; MICHAEL GOGUEN, IN HIS PERSONAL AND OFFICIAL CAPACITY, | ) |
| Defendants. | ) |

### STIPULATION OF VOLUNTARY DISMISSAL OF ALL CLAIMS AGAINST SHEILA SYKES AND LINDA LEFAVE ONLY

The parties, pursuant to Fed.R.Civ.P. 41(a)(1), hereby stipulate that all of plaintiff's claims against defendants Sheila Sykes and Linda LeFave, in any capacity, shall be dismissed with prejudice, without costs or attorney's fees, with all rights of appeal waived, and without payment of money by or on behalf of Sheila Sykes and Linda LeFave.

| TOMAS DESARO | QUINSIGAMOND COMMUNITY COLLEGE, SHEILA SYKES AND LINDA LEFAVE |
|---|---|
| By His Attorney | By their Attorney |
| CAROL J. KING | MARTHA COAKLEY<br>ATTORNEY GENERAL |
| /s/ *Carol J. King*<br>Carol J. King, BBO#600853<br>Wallace Law Office, P.C.<br>One Post Office Square<br>Sharon, MA 02067<br>(781) 793-0575<br>carol@wallacelawoffice.com | /s/ *Margaret J. Hurley*<br>Margaret J. Hurley, BBO # 559534<br>Assistant Attorney General<br>Government Bureau/Trial Division<br>One Exchange Place, 3rd Floor<br>Worcester, MA 01608<br>(508) 792-7600 ext 108<br>margaret.hurley@state.ma.us |

MICHAEL GOGUEN

By His Attorney

DOYLE VALLEY

/s/ Doyle C. Valley
Doyle C. Valley, BBO # 638578
Morrison Mahoney LLP
250 Summer Street
Boston, MA 02210
(617) 439-7500
dvalley@morrisonmahoney.com

<u>Certificate of Service</u>

I, Margaret J. Hurley, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on April 17, 2007.

/s/ *Margaret J. Hurley*
Margaret J. Hurley